[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 7, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10419

_____

D. C. Docket No. 06-00600-CV-ECS-1

GEORGE COCKRELL,
VINCENT BURSEY,
WALTER ALLEYNE,
NORPHENIA SALTER,

Plaintiffs-Appellants,

versus

U.S. SBA DISASTER ASSISTANCE AGENCY,
HECTOR V. BARRETO,
Administrator,
ADMINISTRATOR OF SBA STEVEN C. PRESTON,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(December 7, 2009)

Before TJOFLAT, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

This is an appeal of a summary judgment entered in favor of the defendants pursuant to the order of a magistrate judge entered on December 22, 2008.[1] After hearing oral argument of counsel, we are satisfied for the reasons stated in the December 22, 2008 order that the magistrate judge correctly analyzed and disposed of the plaintiffs' claims.

AFFIRMED.

---

[1] The case was tried by the magistrate judge by consent, pursuant to 28 U.S.C. § 636(c)(1).